UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS A. CASTELLANOS,<br><br>   Plaintiff,<br><br>   v.<br><br>HARDER MECHANICAL CONTRACTORS,<br><br>   Defendant. | Case No. 1:23-cv-01639-KES-CDB<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE AND SETTING FORTH SETTLEMENT CONFERENCE PROCEDURES**<br><br>**Settlement Conference:**<br><br>**4/21/2025 at 10:00 a.m. via Zoom** |

Plaintiff Luis A. Castellanos commenced this action against Defendant Harder Mechanical Contractors with the filing of a complaint on November 22, 2023. (Doc. 1). Plaintiff filed the operative first amended complaint on February 9, 2024. (Doc. 5). The parties convened for scheduling conference before the undersigned and the Court entered the operative scheduling order on June 10, 2024. (Doc. 15). Following the close of discovery, neither party filed a dispositive motion and the matter is scheduled for pretrial conference before the assigned district judge on July 28, 2025. (Doc. 21). At the undersigned's direction, on March 24, 2025, the parties filed a joint report indicating they wished to convene for settlement conference. (Doc. 23).

Accordingly, it is hereby **ORDERED** that:

1. A settlement conference is scheduled to occur on Monday, **April 21, 2025, at 10:00 a.m.,** before Magistrate Judge Christopher D. Baker. The conference shall be

      conducted via Zoom videoconference. The Zoom settlement conference invitation will be distributed the week prior, or counsel may contact Cori Boren, Courtroom Deputy for Judge Baker, at CBoren@caed.uscourts.gov. Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Cori Boren.

2. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

3. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.

4. The parties shall engage in <u>informal</u> settlement negotiations as follows:

    No later than **April 3, 2025**, Plaintiff shall submit to Defendant, by mail or email, an itemization of damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate, which shall not exceed five (5) pages.

    No later than **April 9, 2025**, Defendant shall respond, by mail or email, with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief explanation of why such settlement is appropriate. If settlement is achieved, the parties shall file a Notice of Settlement as required by Local Rule 160.

5. If settlement is not achieved informally, the parties shall submit confidential settlement conference statements no later than **April 15, 2024**. The parties shall email their statements to CDBorders@caed.uscourts.gov.

    Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the

court **nor served** on the opposing party.

6. The confidential settlement conference statements should be no longer than five (5) pages in length and include:

    a. A brief summary of the facts of the case;

    b. A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;

    c. A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

    d. An estimate of the party's expected costs and time to be expended for further pretrial matters and trial;

    e. A summary of past settlement discussions, including the informal settlement negotiations required above; a statement of the party's current position on settlement, **including the amount the party would offer and accept to settle** (in specific dollar amounts); and a statement of the party's expectations for settlement discussions; and

    f. A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles.

IT IS SO ORDERED.

Dated:   **March 25, 2025**                              _____
                                                         UNITED STATES MAGISTRATE JUDGE